# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# COLUMBUS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | CASE NO.: 4:25-CV-8 (CDL) |
| Plaintiff, : | |
| v. : | |
| $75,020.00 IN UNITED STATES FUNDS, : | |
| Defendant Property. : | |

## DEFAULT JUDGMENT OF FORFEITURE
## AND FINAL ORDER OF FORFEITURE

A Clerk's Entry of Default having been entered on March 26, 2025, in the above referenced case, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure, and counsel for Plaintiff having requested judgment of forfeiture and final order of forfeiture against the Defendant Property, having filed a proper Affidavit as to the property to be declared forfeited to the Plaintiff;

IT IS HEREBY ORDERED THAT JUDGMENT is entered as follows: All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to this property, may warrant good title to any subsequent transferee, and shall dispose of the property in accordance with the law.

Dated this 28th day of March, 2025.

S/Clay D. Land
CLAY D LAND, JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
