IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | |
| $75,020.00 IN UNITED STATES FUNDS, | | Case No. 4:25-cv-8 (CDL) |
| | * | |
| Defendant Property, | * | |
| _____ | * | |

## J U D G M E N T

Pursuant to this Court's Order dated March 28, 2025, and for the reasons stated therein, JUDGMENT is hereby entered as follows:

1. All right, title, and interest in the Defendant Property is hereby forfeited to and vested in the United States, which shall have clear title to the defendant property.

2. The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law.

This 28th day of March, 2025.

David W. Bunt, Clerk

s/ Elizabeth S. Long, Deputy Clerk